LEWIS, J.,
dissenting.
I disagree with the conclusion of the majority of the Court regarding whether the firearm at issue was a replica of an antique firearm. Although the firearm may have relied upon an ignition mechanism used by similar firearms before 1918, it also featured a scope that was not found on weapons that were available in 1918. In my view, such a firearm cannot constitute an antique firearm as defined by Florida law. Therefore, I respectfully dissent.
Although the type of firing system is certainly relevant to the determination of whether a given firearm is an antique firearm as defined by sections 790.23 and 790.001(1), Florida Statutes, I do not believe it is dispositive. Rather, I would conclude that the common understanding of the term “replica” governs whether the firearm possessed by Mr. Weeks qualifies as a replica of an antique firearm as defined by Florida law. Contrary to the statement of the First District below, which is cited by the majority opinion, see majority opinion at 7 (citing Weeks v. State, 146 So.3d 81, 84 (Fla. 1st DCA 2014)), Black’s Law Dictionary defines “replica” as “[a] reasonably exact duplicate that, when viewed, causes people to see substantially the same object as the original; a good copy, [especially] of an artifact, building, or work of art.” Replica, Black’s Law Dictionary (10th ed.2014). A nonlegal dictionary defines “replica” as “an exact copy in all details.” Replica, Merriam-Webster’s Collegiate Dictionary (10th ed.1996).[5] Thus, even absent a legislative definition of “replica” in section 790.23, plain language and common sense dictate that a replica should, at the very least, look like the original object. I would conclude that the addition of a modern scope to an otherwise-antique firearm removes this firearm from the exception provided for antique firearms by the Legislature. Therefore, I would quash the decision below and reinstate Weeks’s conviction.
QUINCE, J., concurs.

. Both Black’s Law Dictionary and Merriam-Webster’s Collegiate Dictionary offer alternative definitions of "replica” that specifically pertain to works of art. See Replica, Black's Law Dictionary (10th ed.2014); Replica, Merriam-Webster’s Collegiate Dictionary 992 (10th ed.1996).